UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil No. 2:12-cv-14231

-vs-                                    Honorable Patrick J. Duggan

TEN (10) ASSORTED .999 FINE SILVER
BARS BY ENGELHARD; THIRTY THOUSAND
ONE HUNDRED NINETY-FOUR DOLLARS AND
FORTY THREE CENTS ($30,194.43) IN U.S.
CURRENCY FROM JP MORGAN CHASE
BANK ACCOUNT #875598419; FOUR THOUSAND
SEVEN HUNDRED THIRTY-SEVEN DOLLARS AND
SEVENTY ONE CENTS ($4,737.71)IN U.S. CURRENCY
FROM JP MORGAN CHASE BANK ACCOUNT
#808742118; CERTAIN REAL PROPERTY LOCATED
AT 32301 COLFAX STREET, FARMINGTON HILLS,
MICHIGAN INCLUDING ALL BUILDINGS, FIXTURES,
IMPROVEMENTS AND APPURTENANCES; CERTAIN
REAL PROPERTY LOCATED AT 21120 PARKER
STREET, FARMINGTON HILLS, MICHIGAN INCLUDING
ALL BUILDINGS, FIXTURES, IMPROVEMENTS AND
APPURTENANCES; AND 6029 INKSTER ROAD,
GARDEN CITY, MICHIGAN INCLUDING ALL
BUILDINGS, FIXTURES, IMPROVEMENTS AND
APPURTENANCES,

        Defendants *in Rem.*
_____/

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE
AGAINST ALL INTERESTED PARTIES AS TO THE
REMAINING DEFENDANTS IN REM**

        This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Remaining Defendants *In Rem,* and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Remaining Defendants *In Rem* is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Ten (10) Assorted .999 Fine Silver Bars by Engelhard is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (A).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Thirty Thousand One Hundred Ninety-Four Dollars and Forty Three Cents ($30,194.43) in U.S. Currency from JP Morgan Chase Bank Acct #875598419 is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (A).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Four Thousand Seven Hundred Thirty-Seven Dollars and Seventy One Cents ($4,737.71) in U.S. Currency from JP Morgan Chase Bank Acct #808742118 is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (A).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Certain Real Property Located at 21120 Parker Street, Farmington Hills, Michigan including all Buildings, Fixtures, Improvements and Appurtenances is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (A).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Certain Real Property Located at 6029 Inkster Road, Garden City, Michigan including all Buildings, Fixtures, Improvements and Appurtenances is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (A).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Janaki Chettiar, Muthu Chettiar and Nandhakumar Rajagopal, or their successors and assignees to said interests, in the defendant assets listed above, and any right, title and interest of all other persons, are hereby and forever **EXTINGUISHED**, and that clear title to the defendant assets listed above are hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service, or its delegate, is hereby AUTHORIZED to dispose of the defendant assets listed above in accordance with law.

_____
HONORABLE PATRICK J. DUGGAN
United States District Judge

Dated: 6-13-13